Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED
*December 17, 2025*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| vs. § | **CRIMINAL NO.** 4:25-cr-0691 |
| § | |
| **JANAKA MANATUNGA** § | |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## INTRODUCTION

1. At all relevant times, the Defendant, **JANAKA MANATUNGA**, worked as a driver for Uber Technologies, Inc. ("Uber").

2. Uber is a service that connects riders and drivers through a mobile application connected to the internet to provide rides and other services headquartered in San Francisco, California.

3. The Defendant had an Uber account starting on or about November 19, 2016.

4. The Defendant was driving for Uber on or about April 27, 2025.

5. On or about April 27, 2025, the Defendant provided a ride to Victim 1. This ride was requested through the Uber mobile application by a friend and fellow passenger of Victim 1.

6. The Defendant accepted this request using his using his Uber mobile application, which was a means, facility, and instrumentality of interstate and foreign commerce.

7. The requested ride was to take Victim 1 from a restaurant to a nearby parking garage, located at or near 9595 Six Pines Drive, The Woodlands, Texas, where Victim 1's vehicle was located.

8. Once at the parking garage, the Defendant insisted on walking Victim 1 back to her vehicle.

9. Once they reached her car, Victim 1 got into the driver's seat and attempted to close the door. However, the Defendant prevented the door from closing, thereby preventing Victim 1 from leaving. The Defendant seized, confined and held her there for the purpose of sexually assaulting Victim 1.

10. The Defendant put his fingers in Victim 1's mouth, put his head against her chest, and tried to push Victim 1's head towards his penis without her consent.

11. The Defendant further put his head in Victim 1's lap and sexually assaulted her.

12. The encounter was interrupted when another vehicle passed by. The Defendant then left.

13. That same day, on or about April 27, 2025, Victim 1 told her friend about the assault. Victim 1's friend reported the incident to Uber on or about that same date. On or about that same day, Uber terminated the Defendant's account.

14. On or about April 27, 2025, Victim 1 reported the sexual assault to law enforcement. Law enforcement subsequently obtained surveillance footage from the parking garage.

15. Paragraphs 1-14 are incorporated into the count listed below.

## COUNT I
### (Kidnapping)

On or about April 27, 2025, within the Southern District of Texas, the defendant,

**JANAKA MANATUNGA**,

did unlawfully and willfully seize, confine, inveigle, decoy, kidnap, abduct, carry away and hold for ransom, reward, and otherwise, Victim 1, and, in committing and in furtherance of the commission of the offense, used a mobile application, a cell phone and a vehicle, each of which are means, facilities, and instrumentalities of interstate and foreign commerce.

**In violation of 18 U.S.C. § 1201(a)(1).**

A True Bill:

Original Signature on File

_____
Grand Jury Foreperson

NICHOLAS J. GANJEI
United States Attorney

By: *Lauren M. Valenti*
_____
AUSA Lauren M. Valenti
713-597-0997